IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**WALLACE T. RUTHERFORD, JR.,**          3:15-cv-00553-SB

        **Plaintiff,**                  ORDER

v.

**MEDICARE-MEDICAID COMMISSIONER,**
**PERS CENTER SALEM OREGON, USA**
**CONGRESS TREATIES PERS, and**
**OREGON LEGISLATURE TREATIES,**

        **Defendants.**


**BROWN, Judge.**

    Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation (#10) on July 8, 2015, in which she recommends this Court grant Plaintiff's Amended Application (#9) for Leave to Proceed *In Forma Pauperis* and dismiss Plaintiff's Complaint (#1) pursuant to 28 U.S.C. § 1915(e)(2)(B) without prejudice to Plaintiff's prosecution of his first-filed action, Case No. 3:15-cv-00476-SB.  The matter is now before this Court pursuant to 28

1 - ORDER

U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#10). Accordingly, the Court **GRANTS** Plaintiff's Amended Application (#9) for Leave to Proceed *In Forma Pauperis*, and **DISMISSES** this matter pursuant to 28 U.S.C. § 1915(e)(2)(B) **without prejudice** to Plaintiff's prosecution of his first-filed action, Case No. 3:15-cv-00476-SB.

IT IS SO ORDERED.

DATED this 10th day of September, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER